LORIE J. TEICHERT
Attorney at Law
Ca. St. Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
EBONY PIPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TALTON D. ROBINSON,<br>EBONY L. PIPKINS, and<br>DARRELL E. ROBINSON,<br><br>        Defendants.<br>_____ | No. Cr. S-05-0122 GEB<br><br>[PROPOSED] STIPULATION AND<br>ORDER TO CONTINUE TRIAL<br>CONFIRMATION HEARING AND<br>JURY TRIAL |

    Counts One through Three of the indictment charge Talton D. Robinson and Ebony L. Pipkins each with conspiracy to possess with intent to distribute at least 50 grams of a mixture containing cocaine base, possession with intent to distribute at least 50 grams of a mixture containing cocaine base, and possession of a firearm by a felon.  Count Four of the indictment charges Talton D. Robinson and Darrell E. Robinson with conspiracy to distribute at least 50 grams of a mixture containing cocaine base.  Count Five of the indictment charges Darrel E. Robinson with possession with intent to distribute at least 50 grams of a mixture containing cocaine base.  Finally,

1

1  the indictment alleges prior felony drug convictions relating to
2  each defendant.  All three defendants face exposure to
3  significant mandatory minimum sentences.
4      As to Defendant Talton D. Robinson, Matthew Bockmon of the
5  Office of the Federal Defender was relieved on November 18, 2005
6  and Fred Dawson was appointed to represent him at that time.  As
7  such, attorney Dawson needs time to conduct appropriate discovery
8  and perform a factual investigation in order to present an
9  adequate defense on behalf of Talton Robinson.  As to the other
10 defendants, the defense factual investigation is not yet
11 complete, with several potential witnesses yet to be located or
12 interviewed, records that must be obtained, and research which
13 must be conducted relating to the Defendants' backgrounds.  As to
14 all defendants, time is needed to conduct further settlement
15 discussions in a attempt to reach a global resolution of the
16 matter.
17     Based on the foregoing, IT IS HEREBY stipulated between the
18 United States of America through its undersigned counsel, Anne
19 Pings, Assistant United States Attorney, together with counsel
20 for the defendants that the previously set trial confirmation
21 hearing of December 16, 2005 be continued to March 10, 2006 at
22 9:00 a.m. and the previously set jury trial of January 10, 2006
23 be continued to March 28, 2006 at 9:00 a.m.
24     Time under the Speedy Trial Act has previously been excluded
25 through January 10, 2006.  It is further stipulated and agreed
26 between the parties that the period between January 10, 2006 and
27 March 28, 2006 should be excluded in computing the time within
28 which the trial of the above criminal prosecution must commence

1  for purposes of the Speedy Trial Act for the purposes of further
2  factual investigation and discovery, research relating to the
3  Defendants' criminal histories, investigation regarding the
4  Defendants' backgrounds, interviewing of necessary witnesses, and
5  settlement discussions.  All parties stipulate and agree that
6  this is an appropriate exclusion of time within the meaning of
7  Title 18, United States Code, section 3161(h)(8)(A) and (B)(iv),
8  and Local Code T4.

9  Dated: December 9, 2005                Respectfully submitted,
10
11                                              /S/
                                         FRED DAWSON
12                                       Attorney for Defendant
                                         Talton D. Robinson
13

14 Dated: December 9, 2005
15                                              /S/
                                         LORIE TEICHERT
16                                       Attorney for Defendant
                                         Ebony L. Pipkins
17

18 Dated: December 9, 2005
19                                              /S/
                                         KATHRYN KOHLMAN DRULINER
20                                       Attorney for Defendant
                                         Darrell E. Robinson
21

22

23 Dated: December 9, 2005                McGREGOR W. SCOTT
                                         United States Attorney
24

25                                       By:       /S/
                                         ANNE PINGS
26                                       Assistant U.S. Attorney

27

28

ORDER

For the reasons set forth above, the Court finds that the ends of justice to be served by granting counsel time to diligently investigate and prepare outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act is excluded through March 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4.  The jury trial shall commence that day at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: December 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

4