UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TALTON D. ROBINSON,<br><br>        Defendant. | No. 2:05-cr-00122-GEB<br><br>**ORDER REFERENCING REQUEST FOR APPOINTMENT OF COUNSEL TO THE FEDERAL DEFENDER AND INFORMING THE UNITED STATES ATTORNEY THAT A SENTENCE REDUCTION MOTION IS PENDING** |

        Defendant Talton Robinson filed a motion under the First Step Act on January 2, 2019, in which he requests the appointment of counsel.

        The Federal Public Defender is requested to determine Robinson's eligibility for representation. Further, this order shall also be served on the United States Attorney.

        Dated: January 10, 2019

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge