HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TALTON ROBINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 05-122 GEB 1 |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391** |
| v. | |
| TALTON ROBINSON, | |
| Defendant. | Judge: Honorable GARLAND E. BURRELL, Jr. |

Defendant, TALTON ROBINSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Mr. Robinson's sentence to 188 months. The parties further stipulate as follows:

1. In 2006, defendant was convicted of conspiring to distribute 82.3 grams of crack cocaine. (PSR ¶ 15). In its calculation of the applicable guideline range, the PSR concluded defendant was a career offender (PSR ¶ 28), subject to a guideline range of 262 to 327 months. (PSR ¶ 80.) Because the statutory maximum penalty for the offense of conviction was life (PSR ¶ 87), the base offense level under USSG § 4B1.1 was 37. (PSR ¶ 28.)

2. Defendant was sentenced to a term of 262 months, to be followed by a 60-month term of supervised release. (Dkt. 57.)

3. On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S. 756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon motion of the defendant, an attorney for the government, or the court, "impose a reduced sentence as if section 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed."

4. The parties agree that defendant is eligible for a reduction of his sentence under Section 404. Specifically, had sections 2 and 3 of the Fair Sentencing Act of 2010 been in effect at the time the offense was committed, defendant would have been subject to a "term of imprisonment which may not be less than 5 years and not more than 40 years." 21 U.S.C. § 841(b)(1)(B) (2010). Because the statutory penalty for the offense of conviction involving 28 grams or more of cocaine base is "not more than 40 years," 21 U.S.C. § 841(b)(1)(B), the base offense level under USSG § 4B1.1 is 34, resulting (after a three-level reduction for acceptance of responsibility, USSG § 3E1.1) in a guideline range of 188 to 235 months. USSG Ch. 5, Pt. A.

5. The parties agree that, under the First Step Act, defendant is eligible for immediate release. Accordingly, the parties request this Court issue the order lodged herewith reducing Mr. Robinson's sentence to 188 months, all other terms of the judgment remaining unchanged.

6. The undersigned counsel for defendant affirms that he has discussed this stipulation with defendant and that defendant has authorized counsel to enter into this agreement on his behalf. The undersigned counsel also affirms that, so long as the Court accepts this stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled. The defendant has so indicated, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

counsel joins in that waiver.

Respectfully submitted,

Dated:  February 13, 2019                      Dated:   February 13, 2019

McGREGOR SCOTT                                 HEATHER E. WILLIAMS
United States Attorney                         Federal Defender


 /s/ *Jason Hitt*                               /s/ *David M. Porter*
JASON HITT                                     DAVID M. PORTER
Assistant U.S. Attorney                        Assistant Federal Defender

Attorney for Plaintiff                         Attorneys for Defendant
UNITED STATES OF AMERICA                       TALTON ROBINSON

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391.

The parties agree, and the Court finds, that Mr. Robinson is entitled to the benefit of Section 404 of the First Step Act, resulting in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2006 is reduced to a term of 188 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Mr. Robinson shall report to the United States Probation Office within seventy-two hours after his release.

Defendant's pro se motion filed January 2, 2019 (Dkt. 126) and the motion filed February 12, 2019 (Dkt. 131) are dismissed as moot.

Dated: February 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge